UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

XIN SUN,

                  Petitioner,

      v.

CAMILA WAMSLEY, et al.,

                  Respondent.

CASE NO. 2:26-cv-01013-JNW

**ORDER GRANTING PETITIONER EAJA FEES AND COSTS**

The Court has considered, *de novo*, the pleadings, report and recommendation, all objections and the record and ORDERS:

1.    EAJA attorney's fees of $4281.28 and costs of $51.00 be awarded to Petitioner.

2.    The clerk shall provide the parties a copy of this order.

DATED this 28th day of July, 2026.

JAMAL N. WHITEHEAD
United States District Judge

ORDER GRANTING PETITIONER EAJA
FEES AND COSTS - 1